RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*RICK MULA
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Petitioner Javier Diaz Figueroa

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Javier Diaz Figueroa,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02130-APG-MDC

**Stipulation to Continue Deadline to File Amended Petition**

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Russell G. Webb, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Carlos Fernandez, that the briefing schedule in this case be modified as follows. The deadline to file the amended petition (currently due August 4, 2026) would be extended to September 3, 2026, the Government's Response to Amended Petition to be filed seven (7) days after the amended petition is filed, and Petitioner's Reply to be filed seven (7) days after response to amended petition.

The Stipulation is entered into for the following reasons:

1. Undersigned counsel requires additional time to review materials and prepare the amended petition.

2. The petitioner is detained and does not oppose the request for a continuance.

3. The government does not oppose the request for a continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the petitioner sufficient time to gather the relevant records and prepare the amended petition.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 4th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

By *<u>/s/ Rick Mula</u>*
RICK MULA
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General

By *<u>/s/ Russell G. Webb</u>*
RUSSELL G. WEBB
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Javier Diaz Figueroa,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02130-APG-MDC

**Order**

IT IS THEREFORE ORDERED that the Amended currently due August 4, 2026 would be extended to September 3, 2026, the Government's Response to Amended Petition to be filed seven (7) days after the amended petition is filed, and Petitioner's Reply to be filed seven (7) days after response to amended petition.

DATED this 18th day of August, 2026.



ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE