**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Javier Diaz Figueroa,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02130-APG-MDC

**Order**

IT IS THEREFORE ORDERED that the Amended Petition currently due November 3, 2026 is due on November 17, 2026, the Government's Response to Amended Petition to be filed seven (7) days after the amended petition is filed, and Petitioner's Reply to be filed seven (7) days after response to amended petition.

DATED this 3rd day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE